UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHIRLEY DOYLE,<br><br>   Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | No. CV 05-8222 FFM<br><br>JUDGMENT OF REMAND |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated December 10, 2008.

DATED: December 10, 2008     /S/ FREDERICK F. MUMM
                 FREDERICK F. MUMM
                 United States Magistrate Judge